IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ROBERT LEE HENSON                                                    PLAINTIFF

V.                                NO. 4:12cv303 JMM

TONYA PARKER, et al.                                                DEFENDANTS

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)

By electronic signatures below, the parties in the above-styled cause hereby stipulate to a

voluntary dismissal pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii).

By:    /s/ Charles Hancock                 By:    /s/ Edward Adcock
       Charles Hancock                             Edward Adcock
       Ark. Bar No.: 2001022                       Ark. Bar No.: 83001
       Hancock Law Firm                            1018 Cumberland #11
       610 E. 6th St. Little Rock, Arkansas 72202  Little Rock, Arkansas 72202
       501.372.6400/501.372.6401 facsimile         501.690.6104/501.374.5198
       hancock@hancocklawfirm.com                  egalaw@aol.com

By:    /s/ David Fuqua
       David Fuqua
       Ark. Bar No.: 80048
       Fuqua Campbell, P.A.
       425 West Capitol Avenue, Suite 400
       Little Rock, Arkansas 72201
       501.374.0200/501.975.7153 facsimile
       dfuqua@fc-lawyers.com

By:    /s/ George Ellis
       George Ellis
       Ark. Bar No.: 72035
       Ellis Law Firm, P.A.
       126 North Main St., P.O. Box 2307
       Benton, Arkansas 72018
       501.315.1000/501.315.4222
       gellisinbenton@swbell.net

Date this 20th day of February 2013.