IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT LEE HENSON                                           PLAINTIFF

Vs.                      CASE NO. 4:12cv00303 JMM

TONYA PARKER, et al                                     DEFENDANTS

## ORDER

Based on the stipulation of dismissal (DE #12), this case is dismissed with prejudice.

The jury trial scheduled sometime during the week of April 22, 2013 and all remaining deadlines are canceled.

IT IS SO ORDERED this 22nd day of February, 2013.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE